

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2018

No. 04-18-00241-CV

**IN THE INTEREST OF J.E.P.**, et al.,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00213
Honorable Karen Crouch, Judge Presiding

# O R D E R

The appellee's amended motion for extension of time to file brief is hereby GRANTED. Time is extended to July 23, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court